BEFORE THE SECOND DIVISION, APRIL 29, 1969

**No. P69/139.**—Milo Mills, Inc. *v.* United States, protest 64/9995 (New York).

FORD, J.   In accordance with stipulation of counsel that the merchandise covered by the foregoing protest consists of rayon yarn similar in all material respects to that the subject of *Chester Tricot Mills, Inc.* v. *United States* (56 Cust. Ct. 532, C.D. 2695), the claim of the plaintiff was sustained.

BEFORE THE FIRST DIVISION, APRIL 30, 1969

**No. P69/140.**—Isaac B. Cohen & Sons Corp. et al. *v.* United States, protests 68/9781, etc. (New York).

MALETZ, J.   In accordance with stipulation of counsel that the merchandise covered by the foregoing protest consists of nodding head animals similar in all material respects to those the subject of *Wilson's Customs Clearance, Inc.* v. *United States* (59 Cust. Ct. 36, C.D. 3061), and that said merchandise is wholly or in chief value of papier mache, the claim of the plaintiffs was sustained.